UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JIMMY CARROLL,                      )  Case No.  EDCV 10-1369 JC
                                    )
                 Plaintiff,         )
                                    )  JUDGMENT
           v.                       )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of Social              )
Security,                           )
                                    )
                 Defendant.         )
_____

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of
Social Security is reversed in part and the matter is remanded for further
administrative action consistent with the Memorandum Opinion and Order of
Remand filed concurrently herewith.


DATED:  May 24, 2011


                            _____
                                          /s/
                            Honorable Jacqueline Chooljian
                            UNITED STATES MAGISTRATE JUDGE